UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILLIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all motions for complexity shall be filed not later than **Wednesday, September 30, 2009.**  Responses to the motions shall be filed by **Monday, October 12, 2009**, and any replies shall be filed by **Friday, October 16, 2009.**  It is

FURTHER ORDERED that a hearing on the motions for complexity and status conference is set for **Thursday, October 22, 2009, at 10:00 a.m. in courtroom A-1002.**

Dated: September 22, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge