**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 09-cr-00389-WYD**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

       v.

**1.    XCEL ENERGY, INC.,**
**2.    PUBLIC SERVICE COMPANY OF COLORADO,**
**3.    RPI COATING, INC.,**
**4.    PHILIPPE GOUTAGNY, and**
**5.    JAMES THOMPSON,**
    **Defendants.**

## ORDER

THIS MATTER comes before the Court on the government's Motion for Protective Order (docket #38).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore GRANTED and ORDERED that:

The parties shall use the interviews, documents, and other information provided as discovery in this criminal case for litigation of this case only, and make no disclosure of the information except as required for litigation of this matter and make no disclosure to any person or entity not involved as a party, attorney for a party, or expert witness specially retained for this case, except as approved by the court in advance.

Dated: October 14, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel  
                                      Wiley Y. Daniel  
                                      Chief United States District Judge