UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  XCEL ENERGY, INC.;
2.  PUBLIC SERVICE COMPANY OF COLORADO;
3.  RPI COATING, INC.;
4.  PHILIPPE GOUTAGNY; and
5.  JAMES THOMPSON,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On January 20, 2010, Defendants RPI Coating, Inc., Philippe Goutagny and James Thompson filed a Motion for Extension of Time to Designate Expert Witnesses (docket #71).  The Government is ordered to respond not later than **Friday, January 29, 2010.**

      Dated:  January 21, 2010.