UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  XCEL ENERGY, INC.;
2.  PUBLIC SERVICE COMPANY OF COLORADO;
3.  RPI COATING, INC.;
4.  PHILIPPE GOUTAGNY; and
5.  JAMES THOMPSON,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendants Public Service Company of Colorado and Xcel Energy Inc.'s Motion for a Status Conference to Address Multiple Discovery Issues (docket #81) is **GRANTED.**  A status conference to address discovery issues is set for **Wednesday, February 17, 2010 at 10:00 a.m.**

      Dated:  February 5, 2010.