UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILIPPE GOUTAGNY; and
5. JAMES THOMPSON,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On March 11, 2010, the Government filed a Motion for Court Resolution of a Discovery Issue Pursuant to Rule 16(d)(1) (docket #110). The Court will hear argument on this motion at the March 18, 2010 hearing. Accordingly, the Defendants are ordered to file a brief response to the motion not later than **Tuesday, March 16, 2010.**

     Dated: March 12, 2010