UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On June 11, 2010, the Government filed a Motion to Quash Subpoena Served on Fact Witness Donald Holmstrom for Improper Purpose (docket #155). This motion will be heard at the June 24, 2010 hearing. Accordingly, the witness shall appear at the hearing and may or may not testify pending my ruling on the motion to quash.

    The following pending motions will also be heard at the June 24, 2010 hearing: (1) Motion to Compel (docket #120); (2) Motion to Exclude (docket #126); (3) Motion to Exclude (docket #127); (4) Motion to Exclude (docket #129); (5) Motion for Order (docket #130); (6) Motion for Order (docket #134); (7) Motion to Exclude (docket #137); and (8) Motion for Clarification (docket #147).

    Dated: June 14, 2010