UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILLIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion for Clarification of Court's Scheduling Order (docket #159), filed June 14, 2010. Defendants Xcel Energy and Public Service Company of Colorado filed a response on June 16, 2010. The motion is granted as set forth in this Order.

After a careful review of the nine pending motions in this case, I have determined that time allotted for the June 24, 2010 hearing is insufficient to accommodate argument on all of these motions. Therefore, I will defer hearing argument on all *Daubert* motions. Accordingly, it is

ORDERED that Government's Motion for Clarification of Court's Scheduling Order (docket #159) is **GRANTED** as set forth in this Order. It is

FURTHER ORDERED that the June 24, 2010 hearing will commence at 9:00

a.m. and end not later than 12:00 p.m.  I will hear argument on the following pending motions:

- Defendants Xcel Energy, Inc. ("Xcel") and Public Service Company of Colorado's ("PSCO") Motion to Compel Production of Exculpatory Evidence (docket #120)

- Defendants Xcel and PSCO's Motion for an Order (1) Requiring Disclosure to the Defendants of a Complete Version, With No Pages Taken Out, of the Chemical Safety Board's Draft Report Concerning the Cabin Creek Accident, (2) Staying the Government's Demand That the Defendants Respond to the "Facts" in That Draft Report, and (3) Prohibiting the Public Release of That Report Until After Trial in This Matter (docket #130)

- Defendants RPI Coating, Inc. and Philippe Goutagny's Motion for an Order (1) Requiring Disclosure to the Defendants of a Complete Version, With No Pages Taken Out, of the Chemical Safety Board's Draft Report Concerning the Cabin Creek Accident, (2) Staying the Government's Demand That the Defendants Respond to the "Facts" in That Draft Report, and (3) Prohibiting the Public Release of That Report Until After Trial in This Matter (docket #134)

- Defendant RPI's Motion for Clarification of the Protective Orders (docket #147)

- Government's Motion to Quash Subpoena Served on Fact Witness Donald Holmstrom for Improper Purpose (docket # 155)

It is

FURTHER ORDERED that I will defer argument on all *Daubert* related motions.

It is

FURTHER ORDERED that I will also hold a status conference at the June 24, 2010 hearing at which the parties shall be prepared to discuss remaining pretrial issues and to estimate a likely trial date and the length of trial.  The parties shall also be prepared to discuss how they wish to proceed with all *Daubert* related issues after

which I will set a future hearing date.

Dated: June 15, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge