IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | June 24, 2010 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **09-cr-00389-WYD**     Counsel:

UNITED STATES OF AMERICA,     Jaime A. Pena
                              Marc A. Bonora

    Plaintiff,

v.

**1. XCEL ENERGY;**     Clifford B. Stricklin
**2. PUBLIC SERVICE COMPANY OF**     Linnea Brown
**COLORADO;**     Michael J. Hofmann
**3. RPI COATING, INC.;**     Larry S. Pozner
**4. PHILIPPE GOUTAGNY; and**     Molly H. Ferrer
**5. JAMES THOMPSON**,     David S. Kaplan

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING and STATUS CONFERENCE**

**9:09 a.m.**     Court in Session - Defendants present (on-bond)

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

9:10 a.m.     Discussion regarding motion to sever filed June 23, 2010.

| | |
|---|---|
| **ORDERED:** | Defendants RPI Coating, Inc. and Philippe Goutagny shall file a motion for severance not later than **Friday, July 2, 2010.** |
| | Defendants Xcel Energy Inc.'s and Public Service Company of Colorado's Motion to Compel Production of Exculpatory Evidence [doc. #120], filed March 26, 2010 is raised for argument. |
| 9:18 a.m. | Argument by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Mr. Hofmann). |
| 9:34 a.m. | Argument by Government (Mr. Pena). |
| 9:48 a.m. | Argument by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Mr. Hofmann). |
| 9:49 a.m. | Argument by Defendants RPI Coating, Inc. and Philippe Goutagny (Mr. Pozner). |
| 9:56 a.m. | Argument by Government (Mr. Pena). |
| **ORDERED:** | Defendants Xcel Energy Inc.'s and Public Service Company of Colorado's Motion to Compel Production of Exculpatory Evidence [doc. #120], filed March 26, 2010, is **GRANTED IN PART AND DENIED IN PART as outlined by the Court.** |
| **ORDERED:** | Parties shall have a substantive meeting to agree on an efficient process to generate a new set of requests not later than **Friday, July 2, 2010.** |
| | Defendants Public Service Company of Colorado and Xcel Energy Inc.'s Motion for an Order (1) Requiring Disclosure to the Defendants of a Complete Version, with No Pages Taken Out, of the Chemical Safety Board's Draft Report Concerning the Cabin Creek Accident, (2) Staying the Government's Demand That the Defendants Respond to the "Facts" in That Draft Report, and (3) Prohibiting the Public Release of That Report until after Trial in this Matter [doc. #130], filed April 27, 2010, is raised for argument. |
| 10:05 a.m. | Argument by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Mr. Stricklin). |
| 10:18 a.m. | Discussion and argument regarding Government's objection to Donald Holmstrom testifying at this hearing - OVERRULED. |
| **ORDERED:** | Government's Motion to Quash Subpoena Served on Fact Witness Donald Holmstrom for Improper Purpose [doc. #155], filed June 11, 2010, is **DENIED.** |
| 10:23 a.m. | Defendants' witness **Donald Scott Holmstrom** sworn. |

Direct examination by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Mr. Stricklin).
*EX ID:*     *1, 2*

**Exhibit/s 9, 1 RECEIVED.**

**11:01 a.m.**   Court in Recess

**11:19 a.m.**   Court in Session

Defendants' witness **Donald Scott Holmstrom** resumes.

Direct examination by Defendants Xcel Energy, Inc. and Public Service Company of Colorado continues (Mr. Stricklin).
*EX ID:*     *2, 3, 4*

**Exhibit/s 2, 3, 4 RECEIVED.**

**ORDERED:**   Witness shall produce his calendar not later than **Friday, July 2, 2010.**

**ORDERED:**   Government shall produce exculpatory documents to defendants not later than **Friday, July 2, 2010.**

12:17 p.m.   Discussion regarding schedule for this afternoon.

**12:19 p.m.**   Court in Recess

**1:48 p.m.**   Court in Session

Defendants' witness **Donald Scott Holmstrom** resumes.

1:48 p.m.   Direct examination by Defendants RPI Coating, Inc. and Philippe Goutagny (Mr. Pozner).
*EX ID:*     *9*

2:28 p.m.   Direct examination by Defendants Xcel Energy, Inc. and Public Service Company of Colorado continues (Mr. Stricklin).

2:28 p.m.   Witness is excused.

2:30 p.m.   Argument by Government (Mr. Bonora).

2:38 p.m.   Argument by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Mr. Stricklin).

| | |
|---|---|
| 2:53 p.m. | Argument by Defendants RPI Coating, Inc. and Philippe Goutagny (Mr. Pozner). |
| 3:00 p.m. | Argument by Defendant James Thornton (Mr. Kaplan). |
| 3:02 p.m. | Argument by Government (Mr. Bonora). |
| **ORDERED:** | Defendants Public Service Company of Colorado and Xcel Energy Inc.'s Motion for an Order (1) Requiring Disclosure to the Defendants of a Complete Version, with No Pages Taken Out, of the Chemical Safety Board's Draft Report Concerning the Cabin Creek Accident, (2) Staying the Government's Demand That the Defendants Respond to the "Facts" in That Draft Report, and (3) Prohibiting the Public Release of That Report until after Trial in this Matter [doc. #130], filed April 27, 2010, is **DEFERRED.** |
| | Court indicates a written order shall follow. |
| | Defendant RPI Coating, Inc.'s Motion for Clarification of the Protective Orders [doc. #147], filed June 1, 2010, is raised for argument. |
| 3:07 p.m. | Argument by Defendants RPI Coating, Inc. (Mr. Pozner). |
| 3:09 p.m. | Argument by Government (Mr. Pena). |
| 3:09 p.m. | Argument by Defendants RPI Coating, Inc. (Mr. Pozner). |
| **ORDERED:** | Defendant RPI Coating, Inc.'s Motion for Clarification of the Protective Orders [doc. #147], filed June 1, 2010, is **DEFERRED.** |
| **ORDERED:** | Defendant RPI Coating, Inc. shall file a Brief in Support of Defendant RPI Coating, Inc.'s Motion for Clarification of the Protective Orders not later than **Wednesday, July 7, 2010.** |
| **ORDERED:** | Government shall respond to Defendant's Brief in Support of Motion for Clarification of Protective Orders not later than **Friday, July 16, 2010.** |
| 3:17 p.m. | Discussion regarding time necessary for Daubert hearing. |
| **ORDERED:** | Government shall file an advisement with the Court related to the Daubert hearing not later than **Friday, July 9, 2010.** |
| **ORDERED:** | A Daubert hearing is set for **Tuesday, July 27, 2010, at 9:00 a.m., in courtroom A-1002.** |
| 3:32 p.m. | Discussion regarding schedule for the Daubert hearing. |

**ORDERED:** Bond is **CONTINUED** as to all defendants.

**3:39 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 4:43**

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**