UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILLIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The July 27, 2010 *Daubert* hearing is continued to **Friday, July 30, 2010 at 2:00 p.m.** for oral argument. The parties are ordered to submit case authority to the Court not later than **Thursday, July 29, 2010 at 9:00 a.m.**

    Dated: July 27, 2010