# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | July 27, 2010 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **09-cr-00389-WYD**      Counsel:

UNITED STATES OF AMERICA,                  Jaime A. Pena

      Plaintiff,

v.

**1. XCEL ENERGY;**                        Linnea Brown
**2. PUBLIC SERVICE COMPANY OF**           Michael J. Hofmann
**COLORADO;**
**3. RPI COATING, INC.;**                  Larry S. Pozner
**4. PHILIPPE GOUTAGNY; and**              Dru R. Nielsen
**5. JAMES THOMPSON**,                     David S. Kaplan

      Defendants.

## COURTROOM MINUTES

**DAUBERT HEARING**

**9:13 a.m.**   Court in Session - Defendants present (on-bond)

      APPEARANCES OF COUNSEL. Michael W. Jones is also present.

      Court's opening remarks.

Issue as to *Ex Parte* documents that were submitted to the Court for in-camera review and Defendant RPI Coating, Inc. and Philippe Goutagny's Motion for Clarification re: [40] Order on Motion to Disclose Grand Jury Material, [39] Order on Motion for Protective Order [doc. #147], filed June 1, 2010, are raised for argument.

| | |
|---|---|
| 9:18 a.m. | Argument by Government (Mr. Pena). |
| 9:29 a.m. | Argument by Michael W. Jones. |
| 9:38 a.m. | Argument by Defendants RPI Coating, Inc. and Philippe Goutagny (Mr. Pozner). |
| 9:56 a.m. | Argument by Government (Mr. Pena). |
| 10:08 a.m. | Argument by Defendant RPI Coating, Inc. and Philippe Goutagny (Mr. Pozner). |
| **ORDERED:** | Defendant RPI Coating, Inc. and Philippe Goutagny's Motion for Clarification Re: [40] Order on Motion to Disclose Grand Jury Material, [39] Order on Motion for Protective Order [doc. #147], filed June 1, 2010, is **GRANTED** to the extent that the parties shall meet and confer and submit proposed orders to protect the parties and ensure the integrity of the process. |

Defendants Public Service Company of Colorado and Xcel Energy Inc.'s Motion to Exclude Putative Expert Testimony of Michael Roop Pursuant to Federal Rule of Evidence 702 and 402 [doc. #126], filed April 22, 2010, and Defendants James Thompson, Phillipe Goutagny and RPI Coating, Inc.'s Motion to Exclude Testimony of Michael R. Roop [doc. #129], filed April 23, 2010, are raised for argument.

| | |
|---|---|
| 10:14 a.m. | Argument by Government (Mr. Pena). |
| 10:19 a.m. | Government's witness **Michael R. Roop** sworn. |
| | Direct examination by Government (Mr. Pena).<br>*EX ID:     1, 2, 6, 7* |

**Government Exhibit(s) 1, 2, 3, 4, 5, 6, 7, 8 RECEIVED.**

| | |
|---|---|
| **10:49 a.m.** | Court in Recess |

| | |
|---|---|
| **11:17 a.m.** | Court in Session |

Government's witness **Michael R. Roop** resumes.

Direct examination by Government (Mr. Pena).
*EX ID:        4*

**12:32 p.m.**   Court in Recess

**2:18 p.m.**    Court in Session

Government's witness **Michael R. Roop** resumes.

2:18 p.m.        Cross examination by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Ms. Brown).
*EX ID:        1, 9, 11, 7*

**3:45 p.m.**    Court in Recess

**4:08 p.m.**    Court in Session

Government's witness **Michael R. Roop** resumes.

4:08 p.m.        Cross examination by Defendants Xcel Energy, Inc. and Public Service Company of Colorado continues (Ms. Brown).
*EX ID:        3*

4:48 p.m.        Re-Direct examination by Government (Mr. Pena).
*EX ID:        6*

4:53 p.m.        Re-Cross examination by Defendants Xcel Energy, Inc. and Public Service Company of Colorado (Ms. Brown).
*EX ID:        6*

**Defendants Exhibit(s) 1 through 26 RECEIVED.**

**ORDERED:** Defendants Public Service Company of Colorado and Xcel Energy Inc.'s Motion to Exclude Putative Expert Testimony of Michael Roop Pursuant to Federal Rule of Evidence 702 and 402 [doc. #126], filed April 22, 2010, is **DEFERRED.**

**ORDERED:** Defendants James Thompson, Phillipe Goutagny and RPI Coating, Inc.'s Motion to Exclude Testimony of Michael R. Roop [doc. #129], filed April 23, 2010, is **DEFERRED.**

**ORDERED:** This matter is **CONTINUED** to **Friday, July 30, 2010, at 2:00 p.m., in courtroom A-1002.**

**ORDERED:** Bond is **CONTINUED** as to all defendants.

**4:58 p.m.** Court in Recess - HEARING CONTINUED

**TOTAL TIME:   5:08**