UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILLIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On August 12, 2010, Defendants Xcel Energy, Inc. and Public Service Company of Colorado filed a Motion to Reconsider Order Dated August 9, 2010 (ECF No. 206). Accordingly, the Government is ordered to respond not later than **Thursday, August 26, 2010**.

    Dated: August 13, 2010