UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On August 20, 2010, Defendants Public Service Company of Colorado ("PSCO") and Xcel Energy, Inc. ("Xcel") filed a Statement Concerning Motion to Sever [Doc. 179] (ECF No. 209). In this Statement, PSCO and Xcel urge the Court to rule on the motion to sever at the upcoming hearing set for September 9, 2010. While the Court notes the unsolicited input of these Defendants, the September 9, 2010 hearing will last no longer than two hours and will be limited to *Daubert* issues regarding the Government's expert witness, Mr. John Palmer. Finally, the Court confirms that the motion to sever was filed by Defendants RPI, Goutagny and Thompson, not PSCO nor Xcel, and that the motion to sever will be ruled on when the Court, in its sole discretion, deems it appropriate.

    Dated: August 30, 2010