UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILLIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On September 13, 2010, counsel for the Government and Defendants RPI, Goutagny and Thompson contacted my chambers regarding the status of the *Daubert* hearing that was vacated on September 2, 2010. Counsel indicated that additional time is necessary in order to reach a disposition or reset the *Daubert* hearing. Accordingly, a status conference on these issues is set for **Thursday, November 4, 2010 at 2:30 p.m.** Finally, the parties are ordered to submit a joint status report to the Court not later than **Thursday, October 28, 2010**.

    Dated: September 14, 2010