UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  XCEL ENERGY, INC.;
2.  PUBLIC SERVICE COMPANY OF COLORADO;
3.  RPI COATING, INC.;
4.  PHILLIPPE GOUTAGNY; and
5.  JAMES THOMPSON,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On October 28, 2010, the parties submitted a joint status report to the Court.  In the status report, the parties indicated, among other things, that an additional 45 days is necessary to substantially resolve a portion of the case.  In light of this information, the status conference set for November 4, 2010 is **VACATED and RESET to Friday, December 17, 2010 at 11:00 a.m.**  Additionally, the parties are ordered to submit a joint status report to the Court not later than **Friday, December 10, 2010.**

     Dated:  November 2, 2010