UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. XCEL ENERGY, INC. and
2. PUBLIC SERVICE COMPANY OF COLORADO,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Pursuant to my Practice Standards, jury instructions and related materials shall be filed not later than 20 days prior to the Final Trial Preparation Conference.  In addition to the jury instructions, the parties are ordered to submit a joint proposed jury questionnaire to the Court.  These materials shall be filed not later than **Monday, April 18, 2011**.

      Dated:  March 29, 2011