UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  XCEL ENERGY, INC.;**
**2.  PUBLIC SERVICE COMPANY OF COLORADO**;
3.  RPI COATING, INC.;
4.  PHILIPPE GOUTAGNY; and
5.  JAMES THOMPSON,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The proposed jury instructions, proposed verdict forms and related documents submitted by the parties are hereby **STRICKEN**.  Of the submitted proposed instructions, only five were agreed upon, and those five were general and nonsubstantive in nature.  Further, the parties collectively submitted over forty disputed instructions.  This is unacceptable.  The parties are ordered to meet and confer and reach maximum agreement regarding both the general instructions and the substantive instructions.  In general, the Court does not look favorably when the pattern instructions are modified by case law unless there is some compelling reason.  Additionally, the Court prefers to use pattern instructions from O'Malley, Grenig and Lee, <u>Federal Jury Practice and Instructions</u> unless there is a substantive legal argument to the contrary.  To ensure the parties have sufficient time to meet, confer and reach maximum agreement, the proposed jury instructions, proposed verdict form and related submissions shall be filed not later than **Friday, May 6, 2011.  Failure to comply with this Order will result in the imposition of substantial sanctions.**

    Dated:  April 27, 2011