UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1. XCEL ENERGY, INC.;**
**2. PUBLIC SERVICE COMPANY OF COLORADO;**
3. RPI COATING, INC.;
4. PHILIPPE GOUTAGNY; and
5. JAMES THOMPSON,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Based on a request from the Government regarding a scheduling conflict, the final trial preparation conference set for Wednesday, May 25, 2011 is **VACATED and RESET to Tuesday, May 24, 2011 at 8:15 a.m.** Accordingly, counsel shall file with the Court a notification regarding disagreements over the order of witnesses not later than **Monday, May 23, 2011.** All other deadlines remain in full force and effect.

     Dated: May 17, 2011