IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Criminal Case No.   09-cr-00389-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. XCEL ENERGY, INC.,

       Defendants.

---

## JUDGMENT OF ACQUITTAL

---

THIS MATTER came on for jury trial on May 31, 2011, before a duly impaneled jury of twelve, the Honorable Wiley Y. Daniel, judge presiding.  On June 28, 2011, the jury rendered verdicts of not guilty to Counts 1, 2, 3, 4, and 5 of the indictment as to defendant, Xcel Energy, Inc.  It is therefore

ORDERED that the defendant, Xcel Energy, Inc. is hereby acquitted of all charges against it and the indictment is dismissed.

Dated this 1st day of July, 2011.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE