UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00389-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XCEL ENERGY, INC.;
2. PUBLIC SERVICE COMPANY OF COLORADO;
3. RPI COATING, INC.;
4. PHILLIPPE GOUTAGNY; and
5. JAMES THOMPSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Joint Request to Re-Set the Status Conference (ECF Doc. #325), filed September 16, 2011, is **GRANTED.** The status conference set for Monday, September 19, 2011, at 2:00 p.m., is **VACATED and RESET to Wednesday, October 26, 2011 at 2:00 p.m.**

    Dated: September 16, 2011.